## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Allmon-Thompson, Joyce M | Case Number:  07 B 18465 |
| | Judge:  Squires, John H |
| Printed:  7/8/08 | Filed:  10/8/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  May 28, 2008
Confirmed:  December 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,400.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,270.40 |
| Trustee Fee: | | 129.60 |
| Other Funds: | | 0.00 |
| Totals: | 2,400.00 | 2,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 3,291.33 | 2,270.40 |
| 2. | Bank Of New York | Secured | 0.00 | 0.00 |
| 3. | Affiliated Financial Corporation | Secured | 0.00 | 0.00 |
| 4. | Bank Of New York | Secured | 14,832.96 | 0.00 |
| 5. | B-Real LLC | Unsecured | 82.00 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 1,030.96 | 0.00 |
| 7. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 8. | AFNI | Unsecured | | No Claim Filed |
| 9. | Credit Protection Association | Unsecured | | No Claim Filed |
| 10. | Fingerhut | Unsecured | | No Claim Filed |
| 11. | Allied Interstate | Unsecured | | No Claim Filed |
| 12. | First Premier | Unsecured | | No Claim Filed |
| 13. | Wirbicki Law Group | Unsecured | | No Claim Filed |
| 14. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| | | | $ 19,237.25 | $ 2,270.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 129.60 |
| | $ 129.60 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Allmon-Thompson, Joyce M

Printed:  7/8/08

Case Number:  07 B 18465

Judge:  Squires, John H

Filed:  10/8/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

